IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYLA JANAE JAMES,<br><br>Defendant. | CR-24-03-H-DLC<br><br>ORDER TO DISMISS INDICTMENT WITH PREJUDICE |

Based upon the United States' motion to dismiss the indictment in this case pursuant to Kayla Janae James' successful completion of the GLACIER program, and there being no objection,

IT IS HEREBY ORDERED that the indictment (Doc. 2) is dismissed as to Kayla Janae James with prejudice.

Dated this 10th day of June, 2025.

*/s/ Dana L. Christensen*
DANA L. CHRISTENSEN
United States District Judge

1